UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CHRISTI NOLAND,**

    Plaintiff,

v.

**CASE NO.: 8:18-cv-01361-CEH-MAP**

**BRIDGECREST CREDIT COMPANY, LLC,
f/k/a DT CREDIT COMPANY,**

    Defendant.

---

## NOTICE OF PENDING SETTLEMENT

Plaintiff, CHRISTI NOLAND, by and through her undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff, CHRISTI NOLAND, and Defendant, BRIDGECREST CREDIT COMPANY, LLC, f/k/a DT CREDIT COMPANY., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

                                                     */s/Amanda J. Allen, Esq.*
                                                     **Amanda J. Allen, Esq**.
                                                     Florida Bar No.:  98228
                                                   THE CONSUMER PROTECTION FIRM, PLLC
                                                   4030 Henderson Blvd.
                                                   Tampa, FL 33629
                                                   Telephone: (813) 500-1500
                                                   Facsimile: (813) 435-2369
                                                   Amanda@TheConsumerProtectionFirm.com
                                                   Shenia@TheConsumerProtectionFirm.com
                                                   *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on November 25, 2019, the foregoing was served using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

                */s/Amanda J. Allen, Esq.*
**Amanda J. Allen, Esq.**
Florida Bar No.: 98228
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
Amanda@TheConsumerProtectionFirm.com
Shenia@TheConsumerProtectionFirm.com
*Attorney for Plaintiff*