UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTI NOLAND,

    Plaintiff,

v.                                      Case No: 8:18-cv-1361-T-36CPT

BRIDGECREST CREDIT COMPANY,
LLC, f/k/a DT CREDIT COMPANY,

    Defendant.
_____/

**ORDER**

Before the Court is the Joint Stipulation of Dismissal with Prejudice (Doc. 22). In accord with the Joint Stipulation of Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

1)     The Joint Stipulation of Dismissal with Prejudice is **APPROVED** (Doc. 22).

2)     This cause is dismissed, with prejudice. Each party shall bear its own costs, expenses and attorneys' fees.

3)     The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on January 9, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record